RECEIVED
IN LAKE CHARLES, LA
APR 25 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. VANDY T. BRINLEE, and VANDY T. BRINLEE, Individually | : | DOCKET NO. 2:04 CV 310 |
| VS. | : | JUDGE MINALDI |
| AECOM GOVERNMENT SERVICES, INC. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED that the motions to dismiss [docs. 22 & 40] filed by AECOM Government Services, Inc.'s ("AECOM") are GRANTED in part and DENIED in part, as follows.

Count I of the Second Amended Complaint will be DISMISSED WITHOUT PREJUDICE for failure to state a claim under the False Claims Act, 31 U.S.C. § 3729, *et seq*. As to Count II, the retaliation claim under 31 U.S.C. § 3730(h), AECOM's motions are DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 25 day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT